**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1237**

TYRONE LEE,

              Plaintiff - Appellant,

     v.

WAL-MART STORES, INC.,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Dennis W. Dohnal, Magistrate Judge. (3:10-cv-00367-DWD)

Submitted: May 19, 2011            Decided: May 23, 2011

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tyrone Lee, Appellant Pro Se. Antoinette Novella Morgan, MORRIS & MORRIS, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Lee appeals the district court's order granting summary judgment in favor of Wal-Mart and dismissing his state law premises liability complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Lee v. Wal-Mart Stores, Inc.</u>, No. 3:10-cv-00367-DWD (E.D. Va. Mar. 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>